**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-24935-ALTMAN**

**YUNIOR LEIVA BURGUERA**,

*Plaintiff*,

*v.*

**MARKWAYNE MULLIN**, *et al.*,

*Defendants*.
_______________________________________/

# ORDER

On September 21, 2026, the Defendants filed their Motion to Dismiss [ECF No. 5], asking us to "dismiss the Complaint because it is moot, as Defendant U.S. Citizenship and Immigration Services (USCIS), has already adjudicated—and denied—the application at issue in this action." *Id.* at 1.

Local Rule 7.1(c)(1) provides that, "[f]or all motions, except motions served with the summons and complaint, each party opposing a motion *shall* file and serve an opposing memorandum of law no later than fourteen (14) days after service of the motion," and that "[f]ailure to do so may be deemed sufficient cause for granting the motion by default." (emphasis added). That 14-day deadline has passed, and the Plaintiff failed *either* to respond to the Motion to Dismiss *or* to seek an extension of time to do so. *See generally* Docket.

Accordingly, we hereby **ORDER AND ADJUDGE** as follows:

1. The Motion to Dismiss [ECF No. 5] is **GRANTED by default**.
2. The Complaint [ECF No. 1] is **DISMISSED without prejudice**.
3. The **Clerk of Court** is directed to **CLOSE** this case. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in the Southern District of Florida on October 7, 2026.

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record